# IN THE SUPREME COURT OF THE STATE OF NEVADA

MATTHEW TRAVIS HOUSTON,
          Appellant,
    vs.
MANDALAY BAY CORP, D/B/A
MANDALAY BAY RESORT AND
CASINO,
          Respondent.

No. 84417

FILED

JUN 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a post-judgment motion to interplead settlement proceeds. Eighth Judicial District Court, Clark County; David M. Jones, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. This court "may only consider appeals authorized by statute or court rule." *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 345, 301 P.3d 850, 851 (2013). No statute or court rule allows an appeal from an order allowing a party to interplead funds. Because the order does not determine which parties are entitled to the settlement funds, the order does not affect appellant's rights to the funds and is not appealable as a special order after final judgment. *See* NRAP 3A(b)(8); *Gumm v. Mainor*, 118 Nev. 912, 920, 59 P.3d 1220, 1225 (2002) (to be an appealable special order after final judgment, the order must

22-17900

affect the rights of a party to the action which grow out of the previously entered judgment). Accordingly, this court lacks jurisdiction and ORDERS this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                         Herndon

cc:   Hon. David M. Jones, District Judge
      Matthew Travis Houston
      Clark McCourt, LLC
      Eighth District Court Clerk

---

[1]Given this dismissal, this court takes no action on appellant's transcript request form or the notice filed on April 4, 2022.

SUPREME COURT
OF
NEVADA

(O) 1947A

2